PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| Trent Justin Hancock ) | Case No. 06-20288-1-M1 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Trent Justin Hancock, have discussed with Cathy Tovornik, **Pretrial Services**/Probation Officer, modification of my release conditions as follows:

1) Refrain from use or unlawful possession of a narcotic drug or other controlled substances unless lawfully prescribed by a licensed physician
2) Submit to substance abuse testing as directed by the pretrial services officer or supervising officer
3) Participate in substance abuse treatment, if deemed advisable by the pretrial services officer or supervising officer
4) Undergo mental health treatment if deemed advisable by the pretrial services office or supervising officer

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8/2/06    _____  8/2/06
Signature of Defendant    Date      Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  8/2/06
Signature of Defense Counsel   Date

[X] The above modification of conditions of release is ordered, to be effective on 8-2-06.

[ ] The above modification of conditions of release is _not_ ordered.

s/ James H. Allen       8-2-06
_____
Signature of Judicial Officer    Date